BRONSON LAW OFFICES, P.C.
H. Bruce Bronson
480 Mamaroneck Ave.
Harrison, NY 10528
877-385-7793 PH
hbbronson@bronsonlaw.net

*Proposed Counsel to Lisa Mauro*
*Debtor-in-Possession*
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

    Lisa Mauro,

               Debtor.
-------------------------------------------------------x

Chapter 11

Case No.:15-23683        (RDD)

## DEBTOR'S DECLARATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

STATE OF NEW YORK      )
                             ) ss.:
COUNTY OF WESTCHESTER   )

I, LISA MAURO AKA LISA MAURO MESSITER, declare as follows:

1. I am an individual debtor and I submit this application in accordance with Local
   Bankruptcy Rule 1007-2 of the Local Rules for the United States Bankruptcy Court
   for the Southern District of New York.

2. I filed for bankruptcy because our household income decreased and my husband and I
   were not able to pay many of our bills including the mortgages on our residence
   located at 603 Harrison Ave., Harrison, NY 10528 (the "Residence")

### BACKGROUND

3. I desire to utilize the bankruptcy process in order to restructure and reorganize my
   affairs and property, including the Residence. It is my intent to keep the Residence;
   and I am pursuing loss mitigation on the first and second mortgages which are

serviced by Ams Servicing Inc. in the amounts of \$649,920 (1st mortgage-0986) and
\$477,935 (2nd mortgage-1211). These mortgage liabilities are joint liabilities of my
husband and myself. The second mortgage has been reduced to a judgment against
my husband and myself. Arrears are not included in the amounts set forth above; and
although I do not have exact amounts owed at this juncture I expect the proofs of
claims to state more precisely the amounts owed.

4. While my husband is not filing for bankruptcy he will contribute substantially all of
   his income to the household expenses. His reasons for not filing relate to the
   continued operation of his business without the specter of bankruptcy.

5. The needs and interests of my creditors will best be served by my continued
   possession of the Residence and management of my affairs as debtor-in-possession
   under Chapter 11 until confirmation of a reorganization plan.

## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1007

In addition to the foregoing, Local Bankruptcy Rule 1007-2 requires certain information
related to the Debtors, which is set forth below.

**Local Rule 1007-2(a)(1)**

6. I currently reside at 603 Harrison Ave., Harrison, NY. I am employed as a
   bookkeeper for my husband's wholly owned company Talc Films, Ltd. Loss of
   income of Talc Films, Ltd and increased expenses led to the filing under Chapter 11.

**Local Rule 1007-2(a)(2)**

7. This case was not commenced under chapter 7 or chapter 13 of the Bankruptcy Code.

**Local Rule 1007-2(a)(3)**

8. No formal or informal committees of creditors or other interest holders has been organized prior to the order for relief in this Chapter 11 case.

**Local Rule 1007-(2)(a)(4)**

9. The names and addresses of the twenty (20) largest unsecured creditors excluding those creditors who (i) would not be entitled to vote at a creditors' meeting under 11 U.S.C Section 702; (ii) such creditors who were employees of the Debtor at the time of the filing of the petition for reorganization; and (iii) creditors who are insiders as that term is defined in 11 U.S.C. Section 101(31) are annexed hereto as **Exhibit "A"**.

**Local Rule 1007-(2)(a)(5).**

10. A list of the names and addresses of the five largest secured creditors is annexed hereto as **Exhibit "B"**.

**Local Rule 1007-(2)(a)(6).**

11. As required by Local Bankruptcy Rule 1007-2(a) (6),a summary of Debtor's assets and liabilities is as set forth in the schedules annexed to Debtor's voluntary petition which is incorporated herein by reference.

**Local Rule 1007-(2)(a)(7).**

12. Being an individual, there are no publicly held securities.

**Local Rule 1007-(2)(a)(8).**

13. None of my property is in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for any such entity.

**Local Rule 1007-(2)(a)(9).**

14. I own the property located at 603 Harrison Ave., Harrison, NY with my husband as

Tenants by the Entireties.

**Local Rule 1007-(2)(a)(10).**

15. My assets are predominately located at 603 Harrison Ave., Harrison, NY.

16. My books and records are located at 603 Harrison Ave., Harrison, NY.

**Local Rule 1007-(2)(a)(11).**

17. There are no pending actions against me except for the foreclosure action *SRP 2012-

5, LLC vs. Messiter, Christopher, et. al.*, index no.:060395/2013. The following prior

legal actions have resulted in judgments against me:

A. *Chase Bank USA, NA v. Lisa Mauro (Messiter)* for $29,464.

B. *Metro Portfolios, Inc. vs. Lisa Mauro (Messiter)* for $3,171.

C. *Portfolio Recovery Associates LLC vs. Lisa Messiter aka Lisa Mauro* for

$8,655.

D. *LVNV Funding LLC vs. Lisa Messiter*, Lisa Mauro for $4,092.

E. *SRP 201 5 LLC vs. Chris Messiter* and Lisa Messiter-$502,114 (second

mortgage).

**Local Rule 1007-(2)(a)(12).**

18. As I am an individual, I have no management personnel.

**Local Rule 1007-(2)(b)(1) and (2).**

19. I am an individual and do not own a business and I have no payroll.

**Local Rule 1007-(2)(b)(3).**

20. The estimated schedule of cash receipts and disbursements for the thirty (30) day

period following the filing of the Chapter 11 petition, net cash gain or loss,

obligations and receivables expected to accrue but remaining unpaid, other than

professional fees is as set forth in **Schedules I and J** of the Debtor's petition which is

attached hereto and incorporated herein by reference.

Pursuant to 28 U.S.C section 1746, I declare under the penalty of perjury that the

foregoing is true and correct.


**Dated: November 22, 2015**


**/s/ Lisa Mauro**
Lisa Mauro

## EXHIBIT A

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(See attached)

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## Southern District of New York, White Plains Division

| IN RE: | Case No. _____ |
|---|---|
| Mauro, Lisa | Chapter **11** |
| Debtor(s) | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Chase Bank USA N A PO Box 15298 Wilmington, DE 19850-5298 | Bankruptcy Dept | Judgment Lien | | 29,464.00 Collateral: 1,150,000.00 Unsecured: 29,464.00 |
| Dsnb Bloom 9111 Duke Blvd Mason, OH 45040-8999 | (800) 950-0339 | | | 18,709.00 |
| Chase Card PO Box 15298 Wilmington, DE 19850-5298 | (800) 432-3117 | | | 16,980.00 |
| Chase Card PO Box 15298 Wilmington, DE 19850-5298 | (800) 432-3117 | | | 11,254.00 |
| Chase Bank USA N A PO Box 15298 Wilmington, DE 19850-5298 | Midland Fund 2365 Northside Dr Ste 30 San Diego, CA 92108-2709 (844) 236-1959 | Credit Card Debt | | 10,997.00 |
| Porfolio Recovery Assoc LLC PO Box 41067 Norfolk, VA 23541-1067 | Bankruptcy | | | 8,655.00 Collateral: 1,150,000.00 Unsecured: 8,655.00 |
| Lvnv Funding LLC PO Box 10497 Greenville, SC 29603-0497 | Resurgent Capital Service/Sherman PO Box 10497 Greenville, SC 29603-0497 | Judgment Lien | | 4,092.00 Collateral: 1,150,000.00 Unsecured: 4,092.00 |
| Metro Portfolios Inc 199 Crossways Park Dr Woodbury, NY 11797-2016 | | | | 3,171.00 Collateral: 1,150,000.00 Unsecured: 3,171.00 |
| Comenity Bank/Jcrewinc PO Box 182273 Columbus, OH 43218-2273 | | | | 2,855.00 |
| Ge Money Bank 170 W Election Rd Ste 125 Draper, UT 84020-6425 | Midland Funding 2365 Northside Dr Ste 30 San Diego, CA 92108-2709 (844) 236-1959 | | | 1,398.00 |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

## EXHIBIT B

## FIVE LARGEST SECURED CREDITORS

| NAME | ESTIMATED CLAIM | VALUE OF PROPERTY |
|---|---|---|
| AMS Servicing Inc. | 974,930 | $1,150,000 |
| AMS Servicing Inc. (Judgment) | $502,114 | $1,150,000 |
| Chase Bank, N.A. (Judgment) | $29,464 | $1,150,000 |
| Portfolio Recovery Associates LLC (Judgment) | $8,655 | $1,150,000 |
| LVNV Funding LLC (Judgment) | $4,092 | $1,150,000 |

## EXHIBIT C

**See schedules A and B of the petition for a list of assets.**

**See schedules D, E and F for a list of liabilities.**

EXHIBIT C

## EXHIBIT D

## SCHEDULE OF ANTICIPATED CASH RECEIPTS AND DISBURSEMENTS FOR THE THIRTY DAY PERIOD FOLLOWING FILING OF THE CHAPTER 11 PETITION

See Schedules I and J of the Petition which are attached hereto.

Fill in this information to identify your case:

Debtor 1    __Lisa  Mauro_____
            First Name            Middle Name            Last Name

Debtor 2    _____
(Spouse, if filing)  First Name   Middle Name            Last Name

United States Bankruptcy Court for the: Southern District of New York, White Plains Division

Case number   __7:15-bk-23683_____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD / YYYY

## Official Form 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | Bookkeeper | Manager |
| Employer's name | Talc Films LTd. | Talc Films LTD |
| Employer's address | 603 Harrison Ave<br>Number   Street | 603 Harrison Ave<br>Number   Street |
|  | Harrison, NY  10528-1406<br>City          State   ZIP Code | Harrison, NY  10528-1406<br>City          State   ZIP Code |
| How long employed there? | 2 months | 3 years |

## Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $  3,250.00 | $   4,693.00 |
| 3. | Estimate and list monthly overtime pay. | 3. + $_____ | + $_____ |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $  3,250.00 | $   4,693.00 |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Official Form 6I                    Schedule I: Your Income                    page 1

Debtor 1    Lisa   Mauro_____    Case number *(if known)* 7:15-bk-23683_____
First Name    Middle Name    Last Name

|  | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| Copy line 4 here.................................................................➜ | 4. | $   3,250.00 | $   4,693.00 |

5. **List all payroll deductions:**

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $   553.15 | $   1,030.80 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ | $ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ | $ |
| 5d. Required repayments of retirement fund loans | 5d. | $ | $ |
| 5e. Insurance | 5e. | $ | $ |
| 5f. Domestic support obligations | 5f. | $ | $ |
| 5g. Union dues | 5g. | $ | $ |
| 5h. Other deductions. Specify: _____ | 5h. | + $ | + $ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $   553.15 | $   1,030.80 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $   2,696.85 | $   3,662.20 |

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | 8a. | $   0.00 | $   5,000.00 |
| 8b. Interest and dividends | 8b. | $ | $ |

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| | 8c. | $ | $ |
|---|---|---|---|
| 8d. Unemployment compensation | 8d. | $ | $ |
| 8e. Social Security | 8e. | $ | $ |

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____

| | 8f. | $ | $ |
|---|---|---|---|
| 8g. Pension or retirement income | 8g. | $ | $ |
| 8h. Other monthly income. Specify: _____ | 8h. | + $ | + $ |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $   0.00 | $   5,000.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $   2,696.85 + | $   8,662.20 = $   11,359.05 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $_____

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12.    $ 11,359.05
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain:   None

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Official Form 6I    Schedule I: Your Income    page 2

Fill in this information to identify your case:

Debtor 1  **Lisa  Mauro**
First Name                   Middle Name                   Last Name

Debtor 2
(Spouse, if filing) First Name        Middle Name          Last Name

United States Bankruptcy Court for the: Southern District of New York, White Plains Division

Case number  **7:15-bk-23683**
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form 6J

# Schedule J: Your Expenses                                    12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☑ No.   Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?

        ☐ No
        ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do you have expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

|  |  | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ **5.300.00** |
| If not included in line 4: |  |  |
| 4a. Real estate taxes | 4a. | $ _____ |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ _____ |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ **600.00** |
| 4d. Homeowner's association or condominium dues | 4d. | $ _____ |

Official Form 6J                          Schedule J: Your Expenses                          page 1

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Debtor 1    <u>**Lisa Mauro**</u>

First Name    Middle Name    Last Name

Case number *(if known)* **7:15-bk-23683**

**Your expenses**

| | | |
|---|---|---|
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ **1,178.00** |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $ **1,000.00** |
| 6b. Water, sewer, garbage collection | 6b. | $ **200.00** |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ **230.17** |
| 6d. Other. Specify: _____ | 6d. | $ |
| 7. **Food and housekeeping supplies** | 7. | $ **1,200.00** |
| 8. **Childcare and children's education costs** | 8. | $ |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ **300.00** |
| 10. **Personal care products and services** | 10. | $ **300.00** |
| 11. **Medical and dental expenses** | 11. | $ **300.00** |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ **200.00** |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ **50.00** |
| 14. **Charitable contributions and religious donations** | 14. | $ **200.00** |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $ |
| 15b. Health insurance | 15b. | $ |
| 15c. Vehicle insurance | 15c. | $ |
| 15d. Other insurance. Specify:_____ | 15d. | $ |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ |
| 17b. Car payments for Vehicle 2 | 17b. | $ |
| 17c. Other. Specify:_____ | 17c. | $ |
| 17d. Other. Specify:_____ | 17d. | $ |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 6I). | 18. | $ |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| 20a. Mortgages on other property | 20a. | $ |
| 20b. Real estate taxes | 20b. | $ |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $ |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ |
| 20e. Homeowner's association or condominium dues | 20e. | $ |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Debtor 1 | Lisa  Mauro | | | Case number *(if known)* 7:15-bk-23683 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

21. **Other**. Specify: __Pet expense__                                            21.  +$_____100.00_____

22. **Your monthly expenses**. Add lines 4 through 21.
    The result is your monthly expenses.

    22.    $_____11,158.17_____

23. **Calculate your monthly net income.**

    23a.  Copy line 12 *(your combined monthly income)* from *Schedule I*.        23a.   $_____11,359.05_____

    23b.  Copy your monthly expenses from line 22 above.                          23b.  –$_____11,158.17_____

    23c.  Subtract your monthly expenses from your monthly income.
          The result is your *monthly net income*.                               23c.   $_____200.88_____

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.

    ☐ Yes.    None

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**EXHIBIT E**
**Proposed Case Conference Order**
**(See attached)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

                                      Chapter 11

    Lisa Mauro,
    aka Lisa Mauro Messiter,

                                  Case No.:15-23683 (RDD )

           Debtor.
-------------------------------------------------------x

## ORDER SCHEDULING INITIAL CASE CONFERENCE

Lisa Mauro (the "Debtor ") having filed a petition for reorganization under chapter 11 of the Bankruptcy Code on _____, and the Court having determined that a case management conference will aid in the efficient conduct of the case, it is

ORDERED, pursuant to 11 U.S.C. § 105(d), that an initial case management conference will be conducted by the undersigned Bankruptcy Judge in Room ___, United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601] on ___, _____, at 10: 00 a.m., or as soon thereafter as counsel may be heard, to consider the efficient administration of the case, which may include, *inter alia*, such topics as retention of professionals, creation of a committee to review budget and fee requests, use of alternative dispute resolution, timetables, and scheduling of additional case management conferences; and it is further

ORDERED, that the Debtor shall give notice by mail of this order at least seven days prior to the scheduled conference to each committee appointed to serve in the case pursuant to 11 U.S.C. § 1102 (or, if no committee has been appointed, to the holders of the 10 largest unsecured claims), the holders of the five (5) largest secured claims, any post-petition

lender to the Debtor, and the United States Trustee, and shall promptly file proof of service of

such notice with the Clerk of the Court.


Dated: White Plains, NY

_____, 2015


_____
UNITED STATES BANKRUPTCY JUDGE