UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

*In re:*

    Lisa Mauro a/k/a Lisa Mauro Messiter
    a/k/a Lisa Messiter**,**

                               Chapter 11
                               Case No. 15-23683-rdd
            Debtor.       HON. ROBERT D. DRAIN

_____

## **OBJECTION TO THE DEBTOR'S REQUEST FOR LOSS MITIGATION**

    SN Servicing Corporation (hereinafter "SNSC), as and for its objection to the Debtor's request for loss mitigation, states as follows:

### **Basis for Objection to Loss Mitigation**

1.    The Debtor filed for relief under Chapter 13 on November 22, 2015.

2.    On or December 18, 2015, the Debtor filed a request to participate in this Court's Loss Mitigation Program.

3.    On or about January 27, 2016, loss mitigation orders were entered by this Court.

4.    On or about March 30, 2016 a request for financial information was filed and served.

5.    The Debtor did not provide any financial information with respect to the loss mitigation request.

6.    On or about January 18, 2017 loss mitigation was terminated

7. On May 22, 2017 the Debtor filed another request for loss mitigation apparently seeking to proceed with a short-sale.

8. A year and six months has passed since the instant bankruptcy petition was filed.

9. It is respectfully submitted that the Debtor has had more than ample time to engage in loss mitigation.

10. With respect to the short-sale request, the listing agreement was signed for over two months, and upon information and belief it's still not on MLS.

**WHEREFORE,** for the reasons set forth hereinabove, it is respectfully requested that the Debtor's request for loss mitigation be denied and for such other and further relief and this Court deems just.

Dated: June 1, 2017

**SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP**

BY: s/Lisa Milas
Lisa Milas, Esq.
950 New Loudon Road, Suite 109
Latham, New York 12110
518/786-9069 Phone
518/786-1245 Fax